**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VERRAGIO, LTD.,<br><br>              Plaintiff,<br><br>vs.<br><br>US JEWELRY FACTORY,<br><br>              Defendant. | Civil Action No.: 1:20-cv-02713-CM |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2021

**[~~PROPOSED~~] DEFAULT JUDGMENT AGAINST US JEWELRY INC.**

Plaintiff Verragio, Ltd. ("Verragio") has filed an application for default judgment, pursuant to Rule 55 of the Federal Rules of Civil Procedure and Local Civil Rule 55, against Defendant US Jewelry Factory ("Defendant"). This action having been commenced on April 1, 2020, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on Defendant, on April 22, 2020, by personally serving Defendant at the Office of the Secretary of State, of the State of New York, City of Albany, New York, and proof of service having been filed on April 22, 2020, and Defendant not having answered the Complaint and the time for answering the Complaint having expired, and the Court, having considered the Declaration of John H. Keneally, and the exhibits annexed thereto, the Declaration of Howard A. Kroll, the memoranda, evidence and other papers in support of the application, and good cause appearing,

**IT IS ORDERED, ADJUDGED AND DECREED** that Verragio's application for default judgment be granted.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that US Jewelry Factory has infringed the following 14 copyrights: Verragio Style Nos. AFN-5002R (VA 1-848-312), AFN-5007CU (VAu 1-050-947), AFN-5015CU-1 (VAu 1-027-589), D117P (VA 1-818-576),

D117R (VA 1-818-609), D124R (VA 1-818-418), INS-7003 (VAu 996-688), INS-7060 (VA 1-808-398), PAR-3002R (VA 1-398-939), PAR-3033R (VA 1-714-046), PAR-3052R (VA 1-702-701), PAR-3060R (VA 1-703-553), PAR-3062P (VAu 969-039), and PAR-YR3040R (VA 1-703-543).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that US Jewelry Factory has infringed the Verragio Crest trademark, Registration No. 5,467,684.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of Verragio and against US Jewelry Factory in the amount of $442,991.92, reflecting $420,000 in statutory damages for infringement of 14 separate copyrights and $22,991.92 in attorneys' fees and costs.

Dated: New York, New York
~~November__, 2020~~
March 15, 2021

_____
Honorable Colleen McMahon, U.S.D.J.